**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 01-6789

_____

GRADY EDWARD LLOYD,

Plaintiff - Appellant,

versus

CALVIN ANTHONY, Warden of Lee Correctional
Institution; AREVOLA THOMAS, Disciplinary
Hearing Officer; GEORGE WARDLAW, Counsel
Substitute; COUNSEL SUBSTITUTE GOFF; T. BOONE,
Administrative Worker for Disciplinary Office
at Lee Correctional Institution,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  David C. Norton, District Judge.
(CA-99-3789)

_____

Submitted:  September 20, 2001      Decided:  September 28, 2001

_____

Before LUTTIG, KING, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Grady Edward Lloyd, Appellant Pro Se.  John Evans James, III, LEE,
ERTER, WILSON, JAMES, HOLLER & SMITH, L.L.C., Sumter, South Caro-
lina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Grady Edward Lloyd appeals the district court's order granting Defendants' motion for summary judgment in his action filed under 42 U.S.C.A. § 1983 (West Supp 2001). We dismiss the appeal for lack of jurisdiction because Lloyd's notice of appeal was not timely filed.

Parties are accorded thirty days after entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on February 27, 2001. Lloyd's notice of appeal was filed on April 13, 2001. Because Lloyd failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED